1  MICHAEL C. ORMSBY
2  United States Attorney
   Eastern District of Washington
3  George J.C. Jacobs III
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 18 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | CR-13-184-TOR |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | Vio: 21 U.S.C. § 841(a)(1) Distribution of 100 Grams or More of a Mixture or Substance Containing a Detectable Amount Of Heroin (Count 1) |
| JOSE MANUEL TURRADO MACIAS, Defendant. | Criminal Forfeiture Allegations |

The Grand Jury Charges:

That on or about September 27, 2013, in the Eastern District of Washington, JOSE MANUEL TURRADO MACIAS, did knowingly and intentionally distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegation contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

INDICTMENT – 1
12-17-13 BOOTH- Macias Indictment.docx

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), the Defendant, JOSE MANUEL TURRADO MACIAS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 18 day of December, 2013.

_____
Foreperson

MICHAEL C. ORMSBY
United States Attorney

George J.C. Jacobs III (for)
Assistant United States Attorney

INDICTMENT – 2
12-17-13 BOOTH- Macias Indictment.docx