# PENALTY SLIP

DEFENDANT NAME:   JOSE MANUEL TURRADO MACIAS

TOTAL NO. COUNTS:  1

VIO: 21 U.S.C. § 841(a)(1), (b)(1)(B)(i)
Distribution of 100 grams or more of a mixture or substaince containing detectable amount of heroin (Count 1)

PENALTY: CAG not less than 5 years nor more than 40 years;
and/or $5,000,000 fine;
not less than 4 year nor more than life supervised release;
a $100 special penalty assessment;
Denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a

**PENALTY IF DEFENDANT HAS ONE OR MORE PRIOR DRUG FELONY CONVICTION(S):**

CAG not less than 10 years nor more than life;
and/or $8,000,000 fine;
not less than 8 years nor more than life supervised release;
a $100 special penalty assessment;
Denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

CASE NO.  CR-13-184-TOR-1

AUSA INITIAL   GJJ

P31213LH.GJA.Macias.docx