MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
George J.C. Jacobs III
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
DEC 18 2013
SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-13-184-TOR-1** |
| Plaintiff, | Case No.: |
| vs. | Motion To Seal Indictment |
| JOSE MANUEL TURRADO MACIAS, | |
| Defendant. | |

Plaintiff, United States of America, by and through MICHAEL C. ORMSBY, United States Attorney for the Eastern District of Washington, and George J.C. Jacobs III, Assistant United States Attorney for the Eastern District of Washington, moves the Court for an order sealing the Indictment until further order of the Court or until the Defendant's arrest, whichever comes first.

Dated: December 17, 2013.

MICHAEL C. ORMSBY
United States Attorney

*s/ George J.C. Jacobs III*
George J.C. Jacobs III
Assistant United States Attorney

Motion To Seal Indictment-1
P31217LH.GJA.Macias.docx