FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 1 8 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: **CR-13-184-TOR-1** |
| vs. | Order Granting Motion To Seal Indictment |
| JOSE MANUEL TURRADO MACIAS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Indictment is sealed until further order of the Court or until the Defendant's arrest, whichever comes first.

DATED this 18TH day of December, 2013.

John T. Rodgers
United States Magistrate Judge

Motion To Seal Indictment-2
P31217LH.GJA.Macias.docx